STATE v. HILDRETH

No. 348P88.

Case below: 90 N.C. App. 612.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

STATE v. HUTCHENS

No. 379P88.

Case below: 91 N.C. App. 169.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

STATE v. MESSICK

No. 358P88.

Case below: 88 N.C. App. 428.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 October 1988.

STATE v. NARCISSE

No. 328P88.

Case below: 90 N.C. App. 414.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

STATE v. SPRUILL

No. 414P88.

Case below: 90 N.C. App. 580.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 October 1988.